**United States District Court**
WESTERN DISTRICT OF WASHINGTON

WESLEY LEROY KAMMERER and
DESIRE LYNN KAMMERER,

JUDGMENT IN A CIVIL CASE

       Plaintiffs,

       v.

CASE NUMBER: C07-5509BHS

CITY OF VANCOUVER, et al.,

       Defendants.

☐ **Jury Verdict**        This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■ **Decision by Court**    This matter came on before the Court on the Order to Show Cause and Plaintiffs' Letter to the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Partial Summary Judgment Dismissal of Plaintiffs' state law claims (Dkt. 10) is GRANTED.  Plaintiffs' state law claims against Defendant are hereby DISMISSED without prejudice excepting Plaintiffs' claims for false arrest, false imprisonment and assault which are DISMISSED with prejudice.

Defendants' Motion for Summary Judgment (Dkt. 57) is GRANTED as to Plaintiffs' federal claims.

Defendants' Motion for Reconsideration/Clarification (Dkt. 71) is DENIED.

Plaintiffs' Motion for Reconsideration (Dkt. 75) is DENIED.  The Court declines to exercise supplemental jurisdiction over Plaintiffs' state law claims and therefore this action is DISMISSED.

DATE: <u>JANUARY 8, 2009 </u>          <u>BRUCE RIFKIN            </u>
                                   Clerk

                                   /<u>*s/ Gretchen Craft*   </u>
                                   (By) Deputy Clerk